UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, | 2:12-CV-01171-PMP-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| KIRK HENRY, *et al.*, | |
| Defendants. | |

Having read and considered Defendant Henry's fully briefed Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction (Doc. #17), and for the reasons set forth in Defendant's Motion and Reply (Doc. #22),

**IT IS ORDERED** that Defendant's Motion to Dismiss (Doc. #17) is **GRANTED**. The Clerk of the Court shall forthwith enter judgment accordingly.

DATED: October 22, 2012.

PHILIP M. PRO
United States District Judge